APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN WALDROUP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACURIAN, INC. | : | NO.  2:13-CV-03987-SD |

### ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Michael D. Daudt</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:13-CV-03987-SD

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Michael D. Daudt__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __4591__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 12/14/1992 | 161575 |
| Washington | 04/09/1996 | 25690 |
|  |  |  |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC ED CA | 01/20/1993 | 161575 |
| USDC WD WA | 04/26/1996 | 25690 |
| USDC ND CA | 07/18/2007 | **161575** |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Plaintiff

(Applicant's Signature)

September 3, 2013
(Date)

FILED
SEP 11 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Terrell Marshall Daudt & Willie PLLC

936 North 34th Street, Suite 300, Seattle, WA 98103

Telephone: (206) 816-6603  Fax: (206) 350-3528

Sworn and subscribed before me this

3rd Day of Sept., 2013

Eden B Nordby
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Michael D. Daudt____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| James C. Shah | [signature] | 11-17-1997 | 80337 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Shepherd, Finkelman, Miller & Shah, LLP

35 E. State Street, Media, PA 19063

Telephone: (610) 891-9880  Fax: (610) 891-9883

Sworn and subscribed before me this

10th Day of September 2013

[signature]
Notary Public

**NOTARIAL SEAL**
**SUSANNE M MOSS**
**Notary Public**
**MEDIA BORO., DELAWARE COUNTY**
**My Commission Expires Jun 3, 2016**

FILED
SEP 11 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN WALDROUP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACURIAN, INC. | : | NO.  2:13-CV-03987-SD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Michael D. Daudt_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Kristofor T. Henning

Morgan, Lewis & Bockius LLP

1701 Market Street, Philadelphia, PA 19103-2921

FILED
SEP 11 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

_____
Signature of Attorney

James C. Shah
Name of Attorney

Plaintiff Susan Waldroup
Name of Moving Party

9-10-2013
Date