IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN WALDROUP                :    CIVIL ACTION
                              :
    v.                        :
                              :
ACURIAN, INC.                 :    NO. 13-3987

ORDER

AND NOW, this 4th day of November, 2013, upon consideration of the parties' proposed stipulated confidentiality agreement and protective order dated October 24, 2013, submitted in response to our October 10, 2013 Order (docket entry # 15), it is hereby ORDERED that:

1. The agreement is APPROVED provided its implementation conforms with the Third Circuit's teachings in Pansy v. Borough of Stroudsburg, 23 F.3d 772, 786 (3d Cir. 1994); Leucadia, Inc. v. Applied Extrusion Technologies, Inc., 998 F.2d 157 (3d Cir. 1993); and Glenmede Trust Co. v. Thompson, 56 F.3d 476 (3d Cir. 1995); and

2. The Clerk of Court shall DOCKET the attached stipulated confidentiality agreement and protective order.

BY THE COURT:

Stewart Dalzell, J.