# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN WALDROUP, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ACURIAN, INC., a Pennsylvania corporation,<br><br>Defendant. | NO. 2:13-cv-03987-SD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by the parties, through their undersigned counsel, that Plaintiff's action against Defendant Acurian, Inc. ("Acurian"), is hereby dismissed with prejudice, with Plaintiff and Acurian to each bear its own costs and fees.

Dated:  November 21, 2013.

| | |
|---|---|
| s/ James C. Shah | s/ Kristofor T. Henning |
| James C. Shah | Kristofor T. Henning (I.D. No. 85047) |
| 35 E. State Street | Tyler Brody (I.D. No. 93242) |
| Media, PA  19063 | 1701 Market Street |
| Telephone:  (610) 891-9880 | Philadelphia, PA 19103-2921 |
| Facsimile:  (610) 891-9883 | Telephone: (215) 963-5000 |
| jshah@sfmslaw.com | Facsimile:  (215) 963-5001 |
| | khenning@morganlewis.com |
| Stefan Coleman (*pro hac vice*) | tyler.brody@morganlewis.com |
| 201 S. Biscayne Boulevard | |
| 28th Floor | *Attorneys for Defendant Acurian, Inc.* |
| Miami, FL 33131 | |
| | |
| Michael D. Daudt (*pro hac vice*) | |
| Beth E. Terrell (*pro hac vice*) | BY THE COURT: |
| 936 N. 34th Street, Suite 300 | |
| Seattle, Washington 98103 | |
| Telephone:  (206) 816-6603 | |
| Facsimile:  (206) 350-3528 | _____ |
| | Stewart Dalzell, J. |
| *Attorneys for Plaintiff Susan Waldroup* | |

## **CERTIFICATE OF SERVICE**

I, Tyler Brody, hereby certify that on November 21, 2013, a copy of the foregoing document was served via the Court's ECF System and electronic mail upon the following:

Michael D. Daudt
Beth E. Terrell
TERRELL, MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
mdaudt@tmdwlaw.com
bterrell@tmdwlaw.com

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA  19063
jshah@sfmslaw.com

Stefan Coleman
201 S. Biscayne Boulevard, 28th Floor
Miami, FL 33131
law@stefancoleman.com

*Attorneys for Plaintiff Susan Waldroup*

                                                /s/ Tyler Brody
                                                Tyler Brody